# Third District Court of Appeal

## State of Florida

Opinion filed April 8, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1156
Lower Tribunal No. 22-29110-SP-26
_____

**Star Casualty Insurance Company,**
Appellant,

vs.

**Dr. Car Glass, LLC, a/a/o Santiago Castillo,**
Appellee.


An Appeal from a non-final order from the County Court for Miami-Dade County, Michaelle Gonzalez-Paulson, Judge.

Cole, Scott & Kissane, P.A., and Mark D. Tinker and Brandon J. Tyler (Tampa), for appellant.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellee.


Before SCALES, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See People's Tr. Ins. Co. v. Marzouka, 320 So. 3d 945, 948 (Fla. 3d DCA 2021) ("[T]rial courts ordinarily have the discretion to decide the order in which appraisal and coverage determinations are made. Analogously, where declaratory counts challenging the enforceability of an appraisal clause exist, courts must enjoy no less power to decide whether to address such arguments in an adjudication of the merits of such counts, or in response to a motion to compel appraisal, before the appraisal can be enforced, as well as to decide whether an evidentiary hearing is warranted." (citation omitted)).